OPINION — AG — ** FEES — SALARIES FOR JANITORS — COUNTY ELECTION BOARD ** QUESTION: WOULD IT BE LAWFUL TO PAY CLAIMS OUT OF THE ELECTION FUND TO JANITORS OF LOCAL SCHOOLS, WHICH JANITORS KEPT SAID SCHOOLS OPEN DURING ELECTION DAY ON JULY 4, AND WHO LATER THAT DAY CLEANED UP SAID SCHOOLS ? — NEGATIVE (HOLIDAY, CUSTODIANS, SCHOOLS EXPENSES, RENTAL OF POLLING PLACE — FIXED THEREIN) CITE: 26 O.S. 551 [26-551] (FRED HANSEN)